UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED

MAR 1 3 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. |
| | * | |
| SARAH RASHELLE ALMAGUER | * | **W18CR070** |
| aka Sarah Rashelle Evans | * | |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and moves this Honorable Court for an order that the Indictment returned by the Federal Grand Jury in Waco, Texas, on March 13, 2018, together with all related papers and this motion, be placed under seal of the Court until the arrest of Defendant, save for one copy to be provided to the United States Attorney's Office and one copy to be provided to the United States Pretrial Services Office.

Respectfully submitted,

JOHN F. BASH
United States Attorney

By:   GREGORY S. GLOFF
Assistant United States Attorney
800 Franklin, Suite 280
Waco, TX  76701
(254) 750-1580