# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | NO: WA:18-CR-00070(1)-ADA |
| (1) SARAH RASHELLE ALMAGUER | § § § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 30, 2018, wherein the defendant (1) SARAH RASHELLE ALMAGUER waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) SARAH RASHELLE ALMAGUER to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) SARAH RASHELLE ALMAGUER's plea of guilty to Count One (1) and Two (2) is accepted.

Signed this 24th day of April, 2019.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE